1  **SCHIAN WALKER, P.L.C.**
   1850 NORTH CENTRAL AVENUE, #900
2  PHOENIX, ARIZONA 85004-4531
   TELEPHONE: (602) 277-1501
3  FACSIMILE: (602) 297-9633
   E-MAIL: ecfdocket@swazlaw.com
4  DALE C. SCHIAN, #010445
   SCOTT R. GOLDBERG, #015082
5  Proposed Attorneys for Debtors

6                    **UNITED STATES BANKRUPTCY COURT**

7                              **DISTRICT OF ARIZONA**

8  In re:                                          Case No. 2-14-bk-01939-BMW

9  DOLCE BORGATA, LLC, an Arizona limited          CHAPTER 11
   liability company; DOLCE SALON & SPA, L.L.C.,
10 an Arizona limited liability company; DOLCE     JOINT ADMINISTRATION PENDING WITH:
   ARROWHEAD, LLC, an Arizona limited liability
11 company; DOLCE OPERATIONS CO., LLC, an          2-14-bk-02011
   Arizona limited liability company; DOLCE &      2-14-bk-02015
12 COMPANIES CORPORATION, an Arizona               2-14-bk-02056
   corporation,                                    2-14-bk-02058
13
                    Debtors.                       **MOTION FOR JOINT ADMINISTRATION**
14

15 THIS FILING APPLIES TO:

16      _X_   All Debtors

17      ___   Specified Debtors

18

19      Dolce Companies Corporation (the "**Parent Company**"), Dolce Operations Company, LLC (the

20 "**Operating Company**"), Dolce Borgata, LLC ("**Dolce Borgata**"), Dolce Arrowhead, LLC ("**Dolce

21 Arrowhead**"), and Dolce Salon & Spa, LLC ("**Dolce Chandler**") (collectively, the "**Debtors**"), file this

22 motion ("**Motion**") requesting that the Court enter an order authorizing and directing the: (1) joint

23 administration of the above-captioned bankruptcy proceedings (the "**Bankruptcy Cases**") and (2) use of

24 a consolidated caption. This Motion is further supported by the following Memorandum of Points and

25 Authorities, the *Declaration of Robert Nuttall* filed concurrently herewith, and the entire record before

26 the Court.

DATED this 21st day of February, 2014.

                                        SCHIAN WALKER, P.L.C.

                                        By /s/ SCOTT R. GOLDBERG, #010582
                                            Dale C. Schian
                                            Scott R. Goldberg
                                            Proposed Attorneys for Debtors

## MEMORANDUM OF POINTS AND AUTHORITIES

**I. STATEMENT OF FACTS**

1. ***Petition Date***. On February 19 and 20, 2014, the Debtors filed voluntary Chapter 11 bankruptcy petitions in this Court. No Official Committee of Unsecured Creditors has been appointed in the Cases. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core matter pursuant to 28 U.S.C. § 157(b)(2).

2. ***The Debtors***. The Debtors are related entities in the business of owning and operating high-end hair salons and spas in the Phoenix area. The Parent Company owns 99% of the membership interests in the Operating Company, 99% of the membership interests in Dolce Chandler, and 99% of the membership interests in Dolce Arrowhead (Dolce Chandler and Dolce Arrowhead are jointly referred to as the "**Retail Debtors**").[1] The Parent Company also owns 99% of the membership interests in Dolce Borgata, which ceased operating before these Cases were filed. Brandi Nuttall owns the remaining 1% interests in the Operating Company, the Retail Debtors, and in the Retail Non-Debtors.

3. ***The Debtors' Principals***. The Debtors' principals are spouses Robert Nuttall and Melanie Nuttall, and their daughter Brandi Nuttall. Since 1990, Robert Nuttall has held many construction licenses. Over the last 44 years, Mr. Nuttall has developed over $300,000,000 in real estate. Melanie

---

[1] The Parent Company also owns 99% of the membership interest in SQ Salon, LLC and LP Salon, LLC (collectively, the "**Retail Non-Debtors**"), which are operating companies, but which are not debtors in these proceedings.

Nuttall has been a licensed cosmetologist for over 50 years. Brandi Nuttall has been a licensed cosmetologist over 15 years and has been employed during that time by several high profile salons and spas. The Nuttall family owns 100% of the membership interests in Bert Properties, LLP ("**Bert Properties**"), which owns all of the membership interests in the Parent Company, and which has made secured loans to Dolce Chandler of about $5 million. Only Brandi Nuttall is employed by the Debtors at an annual salary of about $30,000.

4. *__Dolce Chandler__*. Dolce Chandler opened in 2002 with great success. By November, 2003, its operating space doubled to about 12,500 square feet. Dolce Chandler's gross revenues peaked in 2006 at close to $10 million. In 2013, it had gross revenues of $5,869,872. Dolce Chandler has 142 employees. Dolce Chandler is the lessee and Westcor Partnership ("**Westcor**") is the lessor under a non-residential real property lease (the "**Chandler Building Lease**"). The Chandler Building Lease requires monthly payments of $38,380 and is in default. Dolce Chandler also is the lessee under the three equipment leases (the "**Chandler Equipment Leases**"). The lessors under the Chandler Equipment Leases are Bank of America, N.A., Marlin Leasing Corp., and Financial Pacific Leasing, Inc. Dolce Chandler is not current on the Chandler Equipment Leases. As stated above, Dolce Chandler also is the borrower on secured loans from Bert Properties.

5. *__Dolce Arrowhead__*. Because of the initial success of Dolce Chandler, expansion to other areas in Phoenix followed. In 2005, Spa One Development, LLC ("**Spa One**") developed a three story building in the Peoria Entertainment Center at Bell Road and Highway 101.[2] Under the development project, Spa One leased the entire building to Dolce Arrowhead, which had obtained subtenants to occupy the first and second floors of the building. By the time the development was completed, however, the recession of 2007 had begun. As a result, the subtenants abandoned the project while the revenues of Dolce Arrowhead fell considerably short of projections. Consequently, Spa One was not able to make mortgage payments to its lender, Stillwater Bank of Oklahoma, or to its successor, SW

---

[2] Spa One is owned and controlled by Brandi Nuttall and Robert Nuttall.

Loans II, LP ("**SWP**"). SWP has since obtained Capital Asset Management as receiver. Dolce Arrowhead is the borrower under secured loans issued by Wells Fargo Bank, N.A. ("**Wells Fargo Loan**") and Bank of America (the "**Bank of America Loan**"). The Wells Fargo Loan has been paid down from $1,100,000 to $419,557, but is now in arrears.[3] The Bank of America Loan is also in arrears. Dolce Arrowhead is also the lessee under an equipment lease with Leaf Funding, Inc. that is in arrears. At present, Dolce Arrowhead has 89 employees.

6. ***Dolce Borgata***. In 2005, Westcor persuaded the Debtors to serve as an anchor tenant at Westcor's Borgata Center located in Scottsdale on Scottsdale Road. As part of its enticement, Westcor built a two story 13,000 square foot shell building and gave Dolce Borgata a substantial tenant improvement allowance. Unfortunately, Westcor was unable to attract other tenants to the Borgata Center and by the time it had completed construction of the building, the recession of 2007 had hit. In 2012, Westcor sold the Borgata Center. The new owner (AV Homes, Inc.) provided notice that it intended to terminate all leases so that it could raze all existing structures and build condominiums in their place. Dolce Borgata is the lessee under three equipment leases with lessors WM Capital Partners, LLC, Western Alliance Equipment Finance, and Pacific Western Bank (the "**Borgata Equipment Leases**"). The Borgata Equipment Leases are in arrears. On or about September, 2013, Dolce Borgata ceased operations due to, among other things, the anticipated closing of the Borgata Center.

## II. RELIEF REQUESTED

By this Motion, the Debtors seek entry of an order authorizing and directing: (i) joint administration of the Bankruptcy Cases, and (ii) use of a consolidated caption. Pursuant to Bankruptcy Rule 1015(b), courts are authorized to jointly administer bankruptcy proceedings if the debtor entities are affiliated or related entities with proceedings pending in the same court. The Debtors are affiliated and/or related as that term is defined in Code § 101(2), because of the reasons set forth in paragraphs 2 and 3 above.

---

[3] The Wells Fargo Loan is also secured by a subordinate secured loan on the assets of Dolce Chandler, which may have also guaranteed repayment of that loan.

Accordingly, this Court is authorized to grant the relief requested in this Motion. Entry of an order directing joint administration of the Bankruptcy Cases will eliminate the need for duplicative notices, applications, and orders, and thereby save considerable time and expense for the Debtors and their estates. The Debtors request that one docket be maintained for all the Bankruptcy Cases, in the docket for the lowest numbered Bankruptcy Case. Finally, except as set forth below, the Debtors request that the following form of consolidated caption be utilized for all pleadings and orders in these Bankruptcy Cases:

| | |
|---|---|
| In re:<br><br>DOLCE BORGATA, LLC, an Arizona limited liability company; DOLCE SALON & SPA, L.L.C., an Arizona limited liability company; DOLCE ARROWHEAD, LLC, an Arizona limited liability company; DOLCE OPERATIONS CO., LLC, an Arizona limited liability company; DOLCE & COMPANIES CORPORATION, an Arizona corporation,<br><br>Debtors. | Case No. 2-14-bk-01939-BMW<br><br>CHAPTER 11<br><br>JOINTLY ADMINISTERED WITH:<br><br>2-14-bk-02011<br>2-14-bk-02015<br>2-14-bk-02056<br>2-14-bk-02058 |
| THIS FILING APPLIES TO:<br><br>___ All Debtors<br><br>___ Specified Debtors | |

Joint administration of the Bankruptcy Cases will not result in any prejudice to the Debtors' creditors or other parties-in-interest. In fact, joint administration is in the best interest of these bankruptcy estates since issues common to all Debtors will be addressed in a single forum by a single judge. In the absence of joint administration, the efforts by the Court, the Debtors, the United States Trustee, creditors and or interested parties are sure to be duplicated, and therefore, wasted. Accordingly, joint administration will facilitate the administration process, as well as ease the burden and expense of administering these estates. The relief requested in this Motion is procedural only, and does not provide for the substantive consolidation of the Debtors' assets or liabilities.

***NOTICE***

*No trustee, examiner, or creditors' committee has been appointed in these Cases. Notice of this Motion has been given to the Office of the United States Trustee, the Debtors' twenty (20) largest unsecured creditors, the Debtors' secured creditors and landlords, all parties to the Debtors' leases and contracts, and upon any party that has requested notice. Because of the nature of the relief requested in this Motion, the Debtors submit that no other notice need be given.*

## III. CONCLUSION

WHEREFORE, the Debtors respectfully request entry of an order granting the relief requested herein and such other relief as is just and proper.

DATED this 21st day of February, 2014.

                                              SCHIAN WALKER, P.L.C.

                                              By /s/ SCOTT R. GOLDBERG, #015082
                                                   Dale C. Schian
                                                   Scott R. Goldberg
                                                   Proposed Attorneys for Debtors