B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re *DOLCE BORGATA, LLC*
   *an Arizona limited liability company*

                                              Debtor(s),

Case No. *2:14-bk-01939*
Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Intertech/Allcovered<br>5225 S. 39th St.<br>Phoenix AZ 85040 | Phone: *(602) 437-0035*<br>Intertech/Allcovered<br>5225 S. 39th St.<br>Phoenix AZ 85040 | Trade Debt | U<br>D | $ 84,740.65 |
| 2<br>L'Unica Beauty<br><br>7625 E. Redfield Rd., #145<br>Scottsdale AZ  85260 | Phone: *(602) 788-8086*<br>Tony Mezzatesta<br>7625 E. Redfield Rd., #145<br>Scottsdale AZ 85260 | Trade Debt | U<br>D | $ 57,350.00 |
| 3<br>Jan Marini<br>6951 Via Del Oro<br>San Jose CA 95119-1316 | Phone: *(408) 620-3624*<br>Elvira Manuel<br>6951 Via Del Oro<br>San Jose CA 95119-1316 | Trade Debt | U<br>D | $ 4,170.08 |
| 4<br>Dan's Door Repair<br>3940 W. Salter Dr.<br>Glendale AZ 85308 | Phone: *(623) 374-7868*<br>Tara Cavanaugh<br>3940 W. Salter Dr.<br>Glendale AZ 85308 | Trade Debt | U<br>D | $ 2,531.32 |
| 5<br>Salt of the Earth<br>1752 W. 1180 S., Unit 5<br>Woods Cross UT 84087 | Phone: *(801) 294-3101*<br>Nick Terry<br>1752 W. 1180 S., Unit 5<br>Woods Cross UT 84087 | Trade Debt | U<br>D | $ 1,429.00 |

_____,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 6<br>Laundry and Cleaners<br>402 S. 50th St.<br>Phoenix AZ 85034 | Phone: *(800) 258-9664*<br>*Laundry and Cleaners*<br>*402 S. 50th St.*<br>*Phoenix AZ 85034* | *Trade Debt* | U<br>D | | $ *1,003.42* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Robert Nuttall*, *Operations Manager* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *2/26/2014*   Signature */s/ Robert Nuttall*
Name: *Robert Nuttall*
Title: *Operations Manager*